# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lorch, Basil H. | U.S. Bankruptcy Court | 05/10/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

121 W. Spring Street
New Albany, IN 47150

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Treasurer | National Conference of Bankruptcy Judges |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | February 5 - 6 | Dallas, TX | Business meeting and educational seminar | Meals, hotel, transportation |
| 2. | National Conference of Bankruptcy Judges | April 13 - 14 | San Antonio, TX | Business meeting and educational seminar | Meals, hotel, transportation |
| 3. | National Conference of Bankruptcy Judges | September 28 - 30 | Miami, FL | Business meeting and educational seminar | Meals, hotel, transportation |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lorch, Basil H. | 05/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lorch, Basil H. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 2. TIAA Cref Teachers Retirement Fund | A | Dividend | J | T | | | | | |
| 3. College Choice T Rowe Price Large Cap Growth | A | Dividend | J | T | | | | | |
| 4. *College Choice Pimco Total Return Class A | A | Dividend | J | T | | | | | |
| 5. *College Choice Core Bond Index Class A | A | Dividend | J | T | | | | | |
| 6. College Choice Black Rock Large Cap Value Class A | A | Dividend | J | T | | | | | |
| 7. College Choice 2025 Enrollment Portfolio Class A | A | Dividend | J | T | | | | | |
| 8. AMG Times Sq Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 9. Wells Fargo Advantage Intl Value Fund | A | Dividend | J | T | | | | | |
| 10. MFS Int'l Growth Fund Class I | A | Dividend | J | T | | | | | |
| 11. Prudential Jennison Midcap Growth Fund Class Z | A | Dividend | J | T | Sold (part) | 12/17/15 | J | A | |
| 12. DWS RREEF Global Real Estate Sec FD Class A | A | Dividend | J | T | | | | | |
| 13. JP Morgan Core Bond Fund Class A | A | Dividend | | | Sold | 11/17/15 | J | A | |
| 14. MFS Research Fund Class A | A | Dividend | J | T | Buy (add'l) | 11/17/15 | J | | |
| 15. John Hancock Disciplined Value Fund Class A | A | Dividend | K | T | | | | | |
| 16. Virtus Emerging Markets Opportunities Fund Class I | A | Dividend | J | T | | | | | |
| 17. Europacific Growth Fund Class F1 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Neuberger Berman Genesis Fund Investor Class | A | Dividend | | | Sold | 11/17/15 | J | A | |
| 19. Pimco Total Return Fund Class P | A | Dividend | J | T | | | | | |
| 20. JP Morgan US Large Cap Core Plus Fund Select Class | A | Dividend | J | T | Buy (add'l) | 02/19/15 | J | | |
| 21. | | | | | Buy (add'l) | 11/17/15 | J | | |
| 22. JP Morgan Midcap Value Fund Institutional Shares | A | Dividend | J | T | | | | | |
| 23. AQR Managed Futures Strategy Fund Class N | A | Dividend | J | T | | | | | |
| 24. Manning & Napier Equity Series | A | Dividend | | | Sold | 11/17/15 | J | A | |
| 25. Aston River Road Small Cap Value Fund Class I | A | Dividend | J | T | | | | | |
| 26. Columbia Acorn Int'l Fund Class Z | A | Dividend | J | T | | | | | |
| 27. Brown Advisory Growth Equity Fund Investor Shares | A | Dividend | J | T | | | | | |
| 28. JP Morgan Core Bond Fund Class A | A | Dividend | | | Sold | 11/17/15 | J | A | |
| 29. Dodge & Cox Income Fund | A | Dividend | | | Sold | 11/17/15 | J | A | |
| 30. Merrill Lynch PFD Cap TR V (X) | A | Dividend | J | T | | | | | |
| 31. Merrill Lynch CUML PFD Cap TR III (X) | A | Dividend | J | T | | | | | |
| 32. Black Rock Global ALLOC Investor CL C (X) | A | Dividend | | | Sold | 03/12/15 | J | A | |
| 33. First Eagle Global CL C (X) | A | Dividend | K | T | | | | | |
| 34. Ivy Balanced CL C (X) | A | Dividend | K | T | Sold (part) | 03/12/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lorch, Basil H. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 12/22/15 | J | A | |
| 36. Janus Balanced CL C (X) | A | Dividend | K | T | Sold (part) | 03/12/15 | J | A | |
| 37. | | | | | Sold (part) | 12/22/15 | J | A | |
| 38. Loomis Sayles Strategic Income CL C (X) | A | Dividend | | | Sold | 03/12/15 | K | B | |
| 39. Federated Government Cash SER (X) | A | Interest | J | T | | | | | |
| 40. MFS Global | A | Dividend | K | T | | | | | |
| 41. Baird Aggregate INSTL Class N/L | A | Dividend | J | T | Buy | 11/17/15 | J | | |
| 42. Clarkston Partners Fund Institutional Class N/L | A | Dividend | J | T | Buy | 11/17/15 | J | | |
| 43. Metropolitan West Total Return Bond Fund Class I | A | Dividend | J | T | Buy | 11/17/15 | J | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lorch, Basil H. | 05/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\* The College Choice Pimco Total Return Class A and the College Choice Core Bond Index Class A assets were exchanged on January 14, 2014 for the College Choice 2025 Enrollment Portfolio Class A fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Basil H. Lorch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544